IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELPHI BETA FUND, LLC, et al.** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | **NO. 2:14-CV-2404** |
| **UNIVEST BANK AND TRUST CO., et al.** | : | |

## ORDER

**AND NOW**, this 27th day of March 2015, upon consideration of the Defendant Univest Bank and Trust Co.'s ("Univest") Motion to Dismiss the Amended Complaint (ECF Doc. No. 18); Plaintiffs' Opposition (ECF Doc. No. 20); Univest's Reply Brief (ECF Doc. No. 25); Plaintiffs' Sur-Reply Brief (ECF Doc. No. 31), and following a March 12, 2015 oral argument, and for the reasons set forth in the accompanying Memorandum,

**AND**, upon consideration of Defendant Milestone Bank's ("MileStone") Motion to Dismiss (ECF Doc No. 19); Plaintiffs' Opposition (ECF Doc. No. 21); MileStone's Reply Brief (ECF Doc. No. 27); Plaintiffs' Sur-Reply (ECF Doc. No. 33), and following a March 12, 2015 oral argument and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED:**

1. Defendant Univest's Motion to Dismiss is **GRANTED** and Plaintiffs' ERISA claims against Univest in Counts I, II, III, IV and V are **DISMISSED**.

2. MileStone's Motion to Dismiss is **GRANTED** and Plaintiffs' ERISA claims at against MileStone at Counts VI, VII, and VIII are **DISMISSED**. Further, the Court declines to

exercise supplemental jurisdiction over Plaintiffs' state law claims against MileStone, and Counts IX, X, XI, XII, XIII, XIV, XV, XVI and XVII are **DISMISSED**.

    3.    The Clerk shall close this matter for all statistical purposes.

_____
KEARNEY, J.