UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELPHI BETA FUND, LLC, BRUCE J. BERG, EDWARD BUDRISS, AND RAYMOND J. BATTAGLIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVEST BANK & TRUST CO. and MILESTONE BANK,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 14-cv-02404-MAK |

## NOTICE OF APPEAL

Notice is hereby given that Delphi Beta Fund, LLC, Bruce J. Berg, Edward Budriss, and Raymond J. Battaglia, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Opinion (Document 39) and Order (Document 40) entered in this action on March 27, 2015 by Mark A. Kearney, U.S.D.J., dismissing plaintiffs' First Amended Complaint against defendants Univest Bank & Trust Co. and Milestone Bank.

LUCAS AND CAVALIER, LLC

By: *[signature]*
Edward W. Ferruggia, Esquire
Daniel S. Strick, Esquire
Desiree L. Wilfong, Esquire
Attorney Nos. 51180/88381/308756
1500 Walnut Street, Suite 1500
Philadelphia, PA 19102
Tel (215) 751-9192
**Attorneys for plaintiffs, Delphi Beta Fund, LLC, Bruce J. Berg, Edward Budriss, and Raymond J. Battaglia**

Date: April 22, 2015

## CERTIFICATE OF SERVICE

I, Edward W. Ferruggia, Esquire, hereby certify on this date, a true and correct copy of plaintiffs' notice of appeal was served via ECF upon the following:

David E. Stern
*Friedman, Schuman, Applebaum, Nemeroff & Kilkenny, PC*
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046
**Counsel for defendant Milestone Bank**

William R. Hinchman, Esquire
Paige M. Willan, Esquire
*Klehr Harrison, Harvey, Branzburg, LLP*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
**Counsel for defendant Univest Bank and Trust Co.**

Edward W. Ferruggia, Esquire

Date: April 22, 2015